IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAHTO TRIBE OF THE LAYTONVILLE RANCHERIA,

        Plaintiff,

        v.

DALE RISLING, Acting Regional Director for the Pacific Region, Bureau of Indian Affairs, United States Department of the Interior, KEN SALAZAR, Secretary of the Interior, United States Department of the Interior, LARRY ECHO HAWK, Assistant Secretary – Indian Affairs, United States Department of the Interior,

        Defendants.

2:10-cv-01306-GEB-GGH

STATUS (PRETRIAL SCHEDULING) ORDER

        The status (pretrial scheduling) conference scheduled for September 20, 2010, is vacated since the parties' Joint Status Report filed on September 3, 2010 ("JSR"), indicates that the following Order should issue.

<u>SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT</u>

        No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

<u>FILING OF ADMINISTRATIVE RECORD</u>

        Defendants' statement in the JSR that they intend to file their administrative record on or before September 20, 2010, is construed as their agreement on the deadline for this filing. Therefore,

1

Defendants' administrative record shall be filed on or before September 20, 2010.

### MOTION HEARING SCHEDULE

Plaintiff's motion for summary judgment shall be filed on or before January 21, 2011. Defendants' consolidated opposition and/or cross-motion for summary judgment shall be filed on or before February 25, 2011. Plaintiff's consolidated reply and/or cross-opposition shall be filed on or before March 18, 2011. Defendants' cross-reply shall be filed on or before April 8, 2011. The hearing on the motion(s) shall be noticed for May 2, 2011, at 9:00 a.m., which is the last law and motion hearing date.

### FURTHER STATUS CONFERENCE

A status conference is scheduled to commence at 9:00 a.m. on July 11, 2011. A JSR shall be filed fourteen (14) days before the status conference.

IT IS SO ORDERED.

Dated:   September 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge