IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAHTO TRIBE OF THE LAYTONVILLE RANCHERIA,

        Plaintiff,

    v.

DALE RISLING, Acting Regional Director for the Pacific Region, Bureau of Indian Affairs, United States Department of the Interior, KEN SALAZAR, Secretary of the Interior, United States Department of the Interior, LARRY ECHO HAWK, Assistant Secretary – Indian Affairs, United States Department of the Interior,

        Defendants.

2:10-cv-01306-GEB-GGH

ORDER

        Gene William Sloan, Bert U. Sloan, Melody Sloan, John Omar Sloan, Tasheena Sloan, Allen Sloan, Rachel Sloan, Linda Palomares, Godfrey Sloan, Jeff Sloan, Tonya Sloan Rodriguez, Tammy Sloan, Arturo Gonzalez, Jr., Arica Rene Lopez-Sloan, Mark Britton, Jr., Jose Ochoa, Gabriel Ochoa and Jennifer Sloan (the "Sloan Family") filed a Motion for Reconsideration of their Request for Leave to File an *Amicus Curiae Brief* on March 22, 2011. (ECF No. 42.)

        Due to the Court's congested docket, the undersigned has not yet reviewed the Sloan Family's proposed amicus brief to determine if leave to file the brief should be granted as requested. The parties are requested to file a written response to the Sloan Family's request for

1

1  leave to file an amicus brief no later than 2:00 p.m. on Friday, March
2  25, 2011, in which they state if the request is opposed, should be
3  granted, or no position is taken on the request.
4  Dated: March 22, 2011

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```