IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAHTO TRIBE OF THE LAYTONVILLE RANCHERIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALE RISLING, Acting Regional Director for the Pacific Region, Bureau of Indian Affairs, United States Department of the Interior, KEN SALAZAR, Secretary of the Interior, United States Department of the Interior, LARRY ECHO HAWK, Assistant Secretary – Indian Affairs, United States Department of the Interior,<br><br>　　　　Defendants.<br>_____ | 2:10-cv-01306-GEB-GGH<br><br>ORDER GRANTING REQUEST TO FILE AMICUS BRIEF |

　　　　Gene William Sloan, Bert U. Sloan, Melody Sloan, John Omar Sloan, Tasheena Sloan, Allen Sloan, Rachel Sloan, Linda Palomares, Godfrey Sloan, Jeff Sloan, Tonya Sloan Rodriguez, Tammy Sloan, Arturo Gonzalez, Jr., Arica Rene Lopez-Sloan, Mark Britton, Jr., Jose Ochoa, Gabriel Ochoa and Jennifer Sloan (the "Sloan Family") filed a Motion for Reconsideration of their Request for Leave to File an *Amicus Curiae* Brief on March 22, 2011, in which the Sloan Family explain their delay in filing the request for leave to file an *amicus* brief. (ECF No. 42.)

1

1    Plaintiff opposes the Sloan Family's motion and states: if
2 "the Court should grant the Sloan Family's motion for reconsideration
3 and authorize the filing of their *amicus* brief, the Tribe respectfully
4 requests that the Court provide the Tribe with a period of two weeks
5 from the date of the court order to respond to the *amicus* brief." (ECF
6 No. 46.) Defendants support the Sloan Family's request and agree with
7 Plaintiff's position that the Court should give Plaintiff an opportunity
8 to respond. (ECF No. 47.)

9    The Court grants the Sloan Family leave to file an *amicus*
10 brief. The Sloan Family shall file the *amicus* brief attached to their
11 motion no later than Monday March 28, 2011.

12    Further, Plaintiff's request for additional time to respond to
13 the Sloan Family's *amicus* brief is granted. Plaintiff's response to the
14 *amicus* brief shall be filed on or before April 11, 2011. Defendants'
15 cross-reply shall be filed on or before April 25, 2011. The hearing on
16 the motions is continued to May 23, 2011, commencing at 10:00 a.m.

Dated:  March 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge